FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 30 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHONZA FLETCHER, | ) |
|   Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE |
| SHRI YAMUNA ENTERPRISES, INC., *et al.*, | ) NO.: 1:15-cv-03156-ODE |
|   Defendants. | ) |

## ORDER APPROVING SETTLEMENT
## AND DISMISSAL OF CASE WITH PREJUDICE

Upon review of the Joint Motion to Approve Settlement, and upon the review of the Settlement Agreement entered into between the parties, and for other good cause shown, the Court finds that the settlement is fair and reasonable and the Parties' Joint Motion is hereby GRANTED. Thus, it is ORDERED that the referenced Settlement and Release Agreement is APPROVED and this action is hereby dismissed with prejudice.

This 30 day of September, 2015.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE